WALGREEN CO., Plaintiff, v. UNITED STATES, Defendant.

Court No. 10–00373

Dated: December 23, 2010

*Katten Muchin Rosenman, LLP* (*Mark S. Zolno, Eric R. Rock*, and *Benjamin H. Shanbaum*) for the plaintiffs.

*Tony West*, Assistant Attorney General; *Jeanne E. Davidson*, Director, *Patricia M McCarthy*, Assistant Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice (*Stephen C. Tosini*); Office of the Chief Counsel for Import Administration, U.S. Department of Commerce (*Thomas M. Beline*), of counsel; Office of the Assistant Chief Counsel International Trade Litigation, U.S. Customs and Border Protection (*Paula S. Smith*), of counsel, for the defendant.

## OPINION

RESTANI, Judge: The matter is before the court on plaintiff's motion for a preliminary injunction of liquidation of entries imported by plaintiff into the United States. That injunction has been granted.[1]

## BACKGROUND

Walgreen Co. ("Walgreen") is an importer of cased pencils from the People's Republic of China ("PRC"). *See* Complaint ¶ 4 (Docket No. 2).

---

[1] A temporary restraining order with respect to entries made through the Port of Savannah, Georgia was issued on December 16, 2010. Order (Dec. 16, 2010) (Docket No. 13).

Such merchandise is covered by an antidumping duty order. *See Antidumping Duty Order: Certain Cased Pencils from the People's Republic of China*, 59 Fed. Reg. 66,909, 66,909 (Dep't Commerce Dec. 28, 1994). At issue here are liquidation instructions relating to an administrative review of that order. *See Certain Cased Pencils from the People's Republic of China*, 75 Fed. Reg. 38,980, 38,980 (Dep't Commerce July 7, 2010) (*"Final Results"*). The review covered entries into the United States made during the period December 1, 2007, through November 30, 2008. *Id.* at 38,981. Although there is a China-wide entity rate of in excess of 100%, one company which produced the cased pencils imported by Walgreen, Shanghai Three Star Stationery Co., Ltd. ("Three Star"), was a mandatory respondent in the review and demonstrated that it was separate from the China-wide entity. *See id.* The *Final Results* established "a per-unit assessment rate for each importer (or customer)" of this producer. *Id.* at 38,982.

Plaintiff asserts that the Liquidation Instructions issued by the Department of Commerce ("Commerce") to the Bureau of Customs and Border Protection ("Customs") are inconsistent with the *Final Results*. Supplemental Mem. of P&A in Supp. of Pl.'s Mot. for a Prelim. Inj. Against Liquidation of Certain Entries 19-22.

The key paragraph of the Liquidation Instructions is as follows:

> 1. FOR ALL SHIPMENTS OF CERTAIN CASED PENCILS FROM THE PEOPLE"S REPUBLIC OF CHINA EXPORTED BY THREE STAR STATIONARY INDUSTRY CO., LTD. (A-570–827–005), IMPORTED BY, OR SOLD TO, THE IMPORTER OR CUSTOMER (AS INDICATED ON THE COMMERCIAL INVOICE OR CUSTOMS DOCUMENTATION) LISTED BELOW AND ENTERED, OR WITHDRAWN FROM WAREHOUSE, FOR CONSUMPTION DURING THE PERIOD 12/01/2007 THROUGH 11/30/2008. ASSESS AN ANTIDUMPING LIABILITY EQUAL TO THE PER-UNIT DOLLAR AMOUNT FOR EACH UNIT OF SUBJECT MERCHANDISE LISTED BELOW.

Confidential Administrative R. ("Admin. R.") 1102. The list referred to contains the names of "importer(s) or customer(s)" of the Chinese manufacturer. Among the "customers" are certain entities which were involved in the Walgreen entries at issue. In some cases they may be affiliated with purchasing agents in the United States, which placed orders for Walgreen, the importer of record.

The problem arose here because Three Star is not listed as an "exporter" in the documents presented to Customs, but rather as a "manufacturer" and the "exporters" seem in most cases to be the

"customers." Customs decided either on its own or under advice from Commerce to begin to liquidate these entries under this paragraph of the Liquidation Instructions:

> 1. FOR ALL SHIPMENTS OF CERTAIN CASED PENCILS FROM THE PEOPLE'S REPUBLIC OF CHINA (PRC) EXPORTED BY THE PRC-WIDE ENTITY (A-570–827–000) ENTERED, OR WITHDRAWN FROM WAREHOUSE, FOR CONSUMPTION DURING THE PERIOD 12/01/2007 THROUGH 11/30/2008, ASSESS AN ANTIDUMPING LIABILITY EQUAL TO 114.90 PERCENT OF THE ENTERED VALUE. ENTRIES MAY HAVE ALSO ENTERED UNDER CASE NUMBERS A-570–827–001, A-570–827–007, AND A-570–827–011.

Admin. R. 1092.

Documentation presented to the court and examined by the Government indicate that the sales at issue are for the most part the very sales of Three Star that Commerce analyzed in arriving at the very low or de minimis customer specific assessment rates Walgreen seeks to have applied to its entries, as opposed to the China-wide entity rate of 114.90 percent.

## JURISDICTION

If the Liquidation Instructions described above varied from the *Final Results* or reflected some decision made by Commerce after the *Final Results,* jurisdiction would lie under 28 U.S.C. § 1581(i) [2] to correct any error. If an error occurred in the *Final Results* for any reason, including failure of Walgreen's manufacturer to present some information to Commerce, jurisdiction would lie only under 28 U.S.C. § 1581(c).[3] The United States alleges that is the case. The statute of limitation has expired for an action under § 1581(c) and, in any case, plaintiff was not a participant in the underlying proceeding so it lacks standing to proceed under that section. *See* 28 U.S.C. § 2631(c). As an interested party, the importer, plaintiff could have participated. *Id.* If plaintiff had an adequate remedy under 28 U.S.C. § 1581(c), it may

---

[2] "[T]he Court of International Trade shall have exclusive jurisdiction of any civil action commenced against the United States . . . that arises out of any law of the United States providing for . . . tariffs, duties, fees, or other taxes on the importation of merchandise" or the "administration and enforcement" thereof. 28 U.S.C. § 1581(i)(2), (4). Nevertheless, "[t]his subsection shall not confer jurisdiction over an antidumping or countervailing duty determination which is reviewable . . . by the Court of International Trade Under section 516A(a) of the Tariff Act of 1930." *Id.* at § 1581(i); *see also Shinyei Corp. of Am. v. United States,* 355 F.3d 1297 (Fed. Cir. 2004).

[3] "The Court of International Trade shall have exclusive jurisdiction of any civil action commenced under section 516A of the Tariff Act of 1930." 28 U.S.C. § 1581(c) (relating to reviews of certain determinations by Commerce, including administrative reviews of antidumping duty orders).

not bring an action under 28 U.S.C. § 1581(i). *Miller & Co. v. United States*, 824 F.2d 961, 963 (Fed. Cir. 1987). If instead the error is in the Liquidation Instructions, as indicated jurisdiction will lie under 28 U.S.C. § 1581(i), and this action would be timely, as liquidation is just now commencing. *See Consol. Bearings Co. v. United States*, 348 F.3d 997, 1002-03 (Fed. Cir. 2003); *Shinyei*, 355 F.3d at 1312. There is also a possibility that Customs made a decision which is incorrect under the Liquidation Instructions, in which case jurisdiction may eventually lie under 28 U.S.C. § 1581(a) (protest denial jurisdiction). Jurisdictional facts are unclear, but it appears 28 U.S.C. § 1581(i) jurisdiction is likely, as the *Final Results* do not seem to lead to the assessment rate proposed by the United States for the entities at issue.

## DISCUSSION

First, there is a strong possibility that liquidation will foreclose plaintiff's remedies. If the error would have been correctable under 28 U.S.C. § 1581(i) but liquidation is not enjoined, it is not clear that under these facts that the liquidation may be overturned. *See Am. Signature, Inc. v. United States*, 598 F.3d 816, 829 (Fed. Cir. 2010) ("*ASI*") (*citing Ugine & Alz Belgium v. United States*, 452 F.3d 1289, 1297 (Fed. Cir. 2006)). Further, the jurisdictional facts which might establish 28 U.S.C. § 1581(a) jurisdiction, under which reliquidation may be ordered, have not been established. In such an uncertain situation, preservation of remedies is to be favored. *See ASI*, 598 F.3d at 828-30. Thus, plaintiff has satisfied the requirement to show irreparable harm.

Second, there is a likelihood of success on the merits or, at least, a very substantial question. As conceded by the Government counsel, most if not all of the entries at issue involved sales which formed the bases for Commerce's customer specific rates for the involved manufacturer. The *Final Results* refer to the manufacturers under a listing for "manufacturers/exporters," *Final Results*, 75 Fed. Reg. at 38,981, not just to "exporters," as do the Liquidation Instructions, Admin. R. 1096, 1102. While the "customers" information seems to match, the Liquidation Instructions do not appear to fully reflect the *Final Results*. *Compare Final Results*, 75 Fed. Reg. at 38,981, *with* Admin. R. 1102. At the very least there is ambiguity as to what "customer" is supposed to designate. This situation requires a halt to liquidation to resolve the pending issues of law and fact.

Third, the balance of hardships favor Walgreen. There seem to be no reason to believe that the United States will be deprived of anything if liquidation is enjoined, while Walgreen may be in an irremediable situation without preliminary relief. *See ASI*, 598 F.3d at 829.

Finally, the public interest is served by permitting a full examination of the facts and law. *See ASI*, 598 F.3d at 830.

## CONCLUSION

The motion for preliminary injunction is granted and the parties shall submit a scheduling order by December 30, 2010.

## ABSTRACTED CLASSIFICATION DECISIONS

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/1 1/13/10 Wallach, J. | BASF Corp. | 05-00612 | 2106.90.99 2106.90.97 Various rates | 2309.90.95 Various rates 3204.19.35 Various rates | Agreed statement of facts | Newark Lucarotin 10% Feed special |
| C10/2 1/28/10 Carman, J. | ABB Flexible Automation, Inc. | 02-00664 | 8479.50.00 (robots) 2.5% 8537.10.90 (controllers) 2.7% | 8515.31.00 1.6% for robot systems having arc welding application; 8515.21.00 Free in 2000/2001 for robot systems having spot welding application; 8428.90.00 Free in 2000/2001 for robot systems having material handling application | Agreed statement of facts | Detroit Robot systems |
| C10/3 2/1/10 Wallach, J. | GE Wind Energy, L.L.C. | 08-00231 | 8503.00.95 Not stated | 8412.90.90 Not stated | Agreed statement of facts | Houston Wind turbine propeller blades and hubs |
| C10/4 2/18/10 Wallach, J. | The Little Tikes Company | 08-00144 | 9506.99.60 4% | 9503.90.00 Free of duty | Agreed statement of facts | Los Angeles Inflatable toys |

## ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/5 2/18/10 Wallach, J. | The Little Tikes Company | 08-00145 | 9506.99.60 4% | 9503.90.00 Free of duty | Agreed statement of facts | Cleveland Inflatable toys |
| C10/6 2/22/10 Wallach, J. | Huffy Corp. | 09-00055 | 8712.00.15 11% | 9503.00.00 Free of duty | Agreed statement of facts | Los Angeles Children's pedal cycles |
| C10/7 3/8/10 Wallach, J. | Archer Daniels Midland Co. | 05-00605 | 3824.90.28 6.5% | 3825.90.00 Free of duty | *Archer Daniel Midland Co. v. United States,* 661 F.3d 1308 (Fed. Cir. 2009) | Chicago Soybean deodorizer distillate |
| C10/8 3/8/10 Wallach, J. | Archer Daniels Midland Co. | 05-00606 | 3824.90.28 6.5% | 3825.90.00 Free of duty | *Archer Daniel Midland Co. v. United States,* 661 F.3d 1308 (Fed. Cir. 2009) | Chicago Soybean deodorizer distillate |
| C10/9 3/8/10 Wallach, J. | Archer Daniels Midland Co. | 06-00087 | 3824.90.28 7.9% *ad valorem* + 0.7¢ per kg in 2002 7.2% *ad valorem* + 0.4¢ per kg in 2003 6.5% *ad valorem* in 2004 | 3825.90.00 Free of duty | *Archer Daniel Midland Co. v. United States,* 661 F.3d 1308 (Fed. Cir. 2009) | Chicago Soybean deodorizer distillate |
| C10/10 3/8/10 Wallach, J. | Archer Daniels Midland Co. | 06-00119 | 3824.90.28 6.5% | 3825.90.00 Free of duty | *Archer Daniel Midland Co. v. United States,* 661 F.3d 1308 (Fed. Cir. 2009) | Chicago Soybean deodorizer distillate |

| | | | | | | |
|---|---|---|---|---|---|---|
| C10/11<br>3/8/10<br>Wallach, J. | Archer Daniels Midland Co. | 06-00251 | 3824.90.28<br>6.5% | 3825.90.00<br>Free of duty | *Archer Daniel Midland Co. v. United States*, 661 F.3d 1308 (Fed. Cir. 2009) | Chicago<br>Soybean deodorizer distillate |
| C10/12<br>3/8/10<br>Wallach, J. | Archer Daniels Midland Co. | 06-00313 | 3824.90.28<br>6.5% | 3825.90.00<br>Free of duty | *Archer Daniel Midland Co. v. United States*, 661 F.3d 1308 (Fed. Cir. 2009) | Chicago<br>Soybean deodorizer distillate |
| C10/13<br>3/8/10<br>Wallach, J. | Archer Daniels Midland Co. | 06-00392 | 3824.90.28<br>6.5% | 3825.90.00<br>Free of duty | *Archer Daniel Midland Co. v. United States*, 661 F.3d 1308 (Fed. Cir. 2009) | Chicago<br>Soybean deodorizer distillate |
| C10/14<br>3/8/10<br>Wallach, J. | Archer Daniels Midland Co. | 07-00017 | 3824.90.28<br>6.5% | 3825.90.00<br>Free of duty | *Archer Daniel Midland Co. v. United States*, 661 F.3d 1308 (Fed. Cir. 2009) | Chicago<br>Norfolk<br>Soybean deodorizer distillate |
| C10/15<br>3/8/10<br>Wallach, J. | Archer Daniels Midland Co. | 07-00151 | 3824.90.28<br>6.5% | 3825.90.00<br>Free of duty | *Archer Daniel Midland Co. v. United States*, 661 F.3d 1308 (Fed. Cir. 2009) | Chicago<br>Soybean deodorizer distillate |
| C10/16<br>3/8/10<br>Wallach, J. | Archer Daniels Midland Co. | 08-00246 | 3824.90.28<br>6.5% | 3825.90.00<br>Free of duty | *Archer Daniel Midland Co. v. United States*, 661 F.3d 1308 (Fed. Cir. 2009) | Chicago<br>Norfolk<br>Newport News<br>Soybean deodorizer distillate |

## ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/17 3/8/10 Wallach, J. | Archer Daniels Midland Co. | 09-00177 | 3824.90.28 6.5% | 3825.90.00 Free of duty | *Archer Daniel Midland Co. v. United States*, 661 F.3d 1308 (Fed. Cir. 2009) | Norfolk Soybean deodorizer distillate |
| C10/18 3/8/10 Carman, J. | Archer Daniels Midland Co. | 09-00290 | 3824.90.28 6.5% | 3825.90.00 Free of duty | *Archer Daniel Midland Co. v. United States*, 661 F.3d 1308 (Fed. Cir. 2009) | Norfolk Soybean deodorizer distillate |
| C10/19 3/8/10 Carman, J. | Archer Daniels Midland Co. | 09-00360 | 3824.90.28 6.5% | 3825.90.00 Free of duty | *Archer Daniel Midland Co. v. United States*, 661 F.3d 1308 (Fed. Cir. 2009) | Norfolk Soybean deodorizer distillate |
| C10/20 3/9/10 Eaton, J. | Generant Co. | 06-00162 | 7307.29.00 5% | 7318.16.00 Free of duty for stainless steel nuts and stainless steel bulkhead nuts 7326.90.85 2.9% for stainless steel ferrules | Agreed statement of facts | Not stated Stainless steel nuts, stainless steel bulkhead nuts, and steel ferrules |
| C10/21 3/9/10 Eaton, J. | Generant Co. | 06-00233 | 7307.29.00 5% | 7318.16.00 Free of duty | Agreed statement of facts | Not stated Stainless steel nuts and stainless steel bulkhead nuts |

| | | | | | | |
|---|---|---|---|---|---|---|
| C10/22 3/16/10 Carman, J. | Armstrong World Indus., Inc. | 05-00620 | 4411.19.40 6% | 4418.90.45 3.2% | Agreed statement of facts | Baltimore Charleston, SC Houston Chicago Laminate flooring |
| C10/23 3/22/10 Barzilay, J. | Fable Cable, Inc. | 05-00501 | Various HTSUS subheadings under Chapter 61 | 9505.90.60 Various rates | Agreed statement of facts | New York Various articles of festive apparel with holiday symbols, designs, or themes |
| C10/24 3/24/10 Carman, J. | Cast Machined Products, Inc. | 08-00356 | 8413.30.10 2.5% | 8413.91.90 Free of duty | Agreed statement of facts | Chicago Water pump body housing parts |
| C10/25 4/13/10 Stanceu, J. | Clariant Corp. | 08-00198 | 3824.90.91 5% | 3402.90.50 3.7% | Agreed statement of facts | Los Angeles Genamin KDMP (cationic surfactant) |
| C10/26 4/13/10 Stanceu, J. | Clariant Corp. | 08-00214 | 3824.90.91 5% | 3402.90.50 3.7% | Agreed statement of facts | Charleston, SC Genamin KDMP (cationic surfactant) |
| C10/27 4/16/10 Stanceu, J. | GE Wind Energy, LLC | 09-00134 | 8503.00.95 Various rates | 8412.90.90 Various rates | Agreed statement of facts | Houston Wind turbine propeller hubs |
| C10/28 4/26/10 Goldberg, S.J. | Park B. Smith, Ltd. | 96-01810 | 5702.99.10 6302.51.20 6302.51.40 Various rates | 9505.10.50 9505.90.60 Free of duty | Agreed statement of facts | New York 100% cotton dhurries, napkins, placemats, and table runners |

ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/29 4/26/10 Goldberg, S.J. | Park B. Smith, Ltd. | 04-00324 | 5702.99.10 6302.51.20 6302.51.40 Various rates | 9505.10.50 9505.90.60 Free of duty | Agreed statement of facts | New York 100% cotton dhurries, napkins, placemats, and table runners |
| C10/30 4/17/10 Stanceu, J. | GE Wind Energy, LLC | 08-00339 | 8503.00.95 Various rates | 8412.90.90 Various rates | Agreed statement of facts | Houston Wind turbine propeller blades and hubs |
| C10/31 5/3/10 Gordon, J | Crystal-Kobe Ltd. | 07-00220 | Various HTSUS subheadings under Chapter 61 | 9505.10.50 Various rates | Agreed statement of facts | Laredo Various articles of festive apparel with holiday symbols, designs, or themes |
| C10/32 5/4/10 Tsoucalas, S.J. | Drygel, Inc. | 05-00165 | 2106.90.99 6.4% | 3306.90.00 Various rates | Agreed statement of facts | New York Various breath strips |
| C10/33 5/4/10 Tsoucalas, S.J. | Drygel, Inc. | 05-00381 | 2106.90.99 6.4% | 3306.90.00 Various rates | Agreed statement of facts | Newark Various breath strips |
| C10/34 5/4/10 Tsoucalas, S.J. | Drygel, Inc. | 04-00402 | 2106.90.99 6.4% | 3306.90.00 Various rates | Agreed statement of facts | New York Various breath strips |

| | | | | | | |
|---|---|---|---|---|---|---|
| C10/35 5/8/10 Wallach, J. | Singulus Tech., Inc. | 08-00086 | 8479.89.98 for replicating machines without molding machines on same entry 8453.89.20 for replicating machines 8477.10.40 for molding machines | 8479.89.84 Free of duty for replication machines and parts or components imported without molding machines on the same entry | Agreed statement of facts | Los Angeles San Juan, PR Chicago CD/DVD replicating machines and parts or components thereof imported without CD/DVD injection molding machines on the same entry (subject replication machines) and CD/DVD replicating machines imported with a CD/DVD injection molding machine on the same entry (subject replicating system) |
| C10/36 6/7/10 Eaton, J. | Generant Co. | 07-00334 | 7307.29.00 5% | 7318.16.00 Free of duty 7326.90.85 2.9% | Agreed statement of facts | Chicago Stainless steel nuts and stainless steel bulkhead nuts |
| C10/37 6/7/10 Eaton, J. | Generant Co. | 08-00212 | 7307.29.00 5% | 7318.16.00 Free of duty | Agreed statement of facts | Chicago Stainless steel nuts and stainless steel bulkhead nuts |

## Abstracted Classification Decisions—continued

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/38 6/8/10 Gordon, J. | Epson Am., Inc. | 96-05-01444 | 9013.80.60 8.1% | 8532.20.00 2.4% 8471.92.30 Free of duty | Agreed statement of facts | Los Angeles Liquid crystal display (LCD) devices |
| C10/39 6/14/10 Eaton, J. | Indus. Tech. Services, Inc. | 09-00472 | 8479.89.98 2.5% | 8515.21.00 Free of duty | Agreed statement of facts | Seattle TMMK automobile welding equipment |
| C10/40 6/28/10 Barzilay, J. | Enesco Group, Inc. | 03-00942 | 6911.10.52 8% 6912.00.41 3.9% 6912.00.44 10% | 9505.10.50 Free of duty | Agreed statement of facts | Chicago Plates, mugs, etc. |
| C10/41 7/1/10 Barzilay, J. | Medline Indus., Inc. | 09-00210 | 6210.10 20 2.8% | 4818.50.00 Free of duty | Agreed statement of facts | Los Angeles Disposable surgical gowns |
| C10/42 7/26/10 Tsoucalas, S.J. | Clariant Corp. | 09-00093 | 3824.90.91 5% | 3402.90.50 3.7% | Agreed statement of facts | Charleston, SC Cationic surfactant used mainly in the cosmetics industry |

| | | | | | |
|---|---|---|---|---|---|
| C10/43 7/26/10 Tsoucalas, S.J. | Kuka Robotics Corp. | 07-00482 | 8479.50.00 2.5% 8515.31.00 1.6% 8537.10.90 2.7% 8515.90.30 1.6% | 8428.90.00 Free of duty (for material handling applications) 8515.21.00 Free of duty (for spot welding applications) 8515.31.00 1.6% (for arch welding applications) | Agreed statement of facts | Not stated Industrial robots and controllers |
| C10/44 8/4/10 Ridgway, J | Wilton Indus., Inc. | 01-00218 | 3924.10.20 6.5% 3924.10.50 or 3924.10.40 3.4% 3924.90.55 3.4% 3926.90.98 5.3% 6307.90.99 7% 7616.99.50 2.5% | 9505.90.40 9505.10.50 9503.49.00 Free of duty | Agreed statement of facts | Chicago Wedding decorations and cake top decorations |

## ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/45 8/4/10 Ridgway, J. | Wilton Indus., Inc. | 03-00015 | 3924.10.20 6.5% 3924.10.50 or 3924.10.40 3.4% 3924.90.55 3.4% 3926.90.98 5.3% 6307.90.99 7% 7616.99.50 2.5% | 9505.90.40 9505.10.50 9503.49.00 Free of duty | Agreed statement of facts | Chicago Wedding decorations and cake top decorations |
| C10/46 8/4/10 Ridgway, J. | Wilton Indus., Inc. | 03-00014 | 3924.10.20 6.5% 3924.10.50 or 3924.10.40 3.4% 3924.90.55 3.4% 3926.90.98 5.3% 6307.90.99 7% 7616.99.50 2.5% | 9505.90.40 9505.10.50 9503.49.00 Free of duty | Agreed statement of facts | Chicago Wedding decorations and cake top decorations |

| | | | | | | |
|---|---|---|---|---|---|---|
| C10/47 8/4/10 Ridgway, J. | Wilton Indus., Inc. | 04-00193 | 3924.10.20 6.5% 3924.10.50 or 3924.10.40 3.4% 3924.90.55 3.4% 3926.90.98 5.3% 6307.90.99 7% 7616.99.50 2.5% | 9505.90.40 9505.10.50 9503.49.00 Free of duty | Agreed statement of facts | Chicago Wedding decorations and cake top decorations |
| C10/48 8/4/10 Ridgway, J. | Wilton Indus., Inc. | 04-00194 | 3924.10.20 6.5% 3924.10.50 or 3924.10.40 3.4% 3924.90.55 3.4% 3926.90.98 5.3% 6307.90.99 7% 7616.99.50 2.5% | 9505.90.40 9505.10.50 9503.49.00 Free of duty | Agreed statement of facts | Chicago Wedding decorations and cake top decorations |

ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/49 8/4/10 Ridgway, J. | Wilton Indus., Inc. | 04-00450 | 3924.10.20 6.5% 3924.10.50 or 3924.10.40 3.4% 3924.90.55 3.4% 3926.90.98 5.3% 6307.90.99 7% 7616.99.50 2.5% | 9505.90.40 9505.10.50 9503.49.00 Free of duty | Agreed statement of facts | Chicago Wedding decorations and cake top decorations |
| C10/50 8/4/10 Eaton, J. | Qualmax Inc. | 09-00100 | 8538.90.80 3.5% 9030.89.01 9030.90.88 1.7% | 8536.90.40 Free of duty | Agreed statement of facts | Anchorage Cleveland Spring contact probes |
| C10/51 8/4/10 Eaton, J. | Qualmax, Inc. | 09-00281 | 8538.90.80 3.5% 9030.89.01 9030.90.88 1.7% | 8536.90.40 Free of duty | Agreed statement of facts | Anchorage Cleveland Spring contact probes |
| C10/52 8/5/10 Barzilay, J. | Kuka Flexible Prods. | 07-00476 | 8479.50.00 2.5% 8537.10.90 2.7% | 8428.90.00 Free of duty | Agreed statement of facts | Detroit Industrial robots and controllers |

| | | | | | | |
|---|---|---|---|---|---|---|
| C10/53 8/10/10 Aquilino, S.J. | Berwick Indus. | 99-00158 | 3926.40.00 3926.90.98 5.3% 6307.90.99 7% | 4601.99.90 4602.90.00 9505.10.25 6307.90.99 Various rates | Agreed statement of facts | New York Various polypropylene or textile bows |
| C10/54 8/11/10 Barzilay, J. | Global Sourcing | 08-00328 | 6307.90.98 7% for textile binders 3926.90.99 3926.90.98 5.3% for vinyl binders, PU binders, and PVC binders | 4820.30.00 Free of duty | Agreed statement of facts | Los Angeles New York Binders |
| C10/55 8/11/10 Barzilay, J. | Global Sourcing | 09-00162 | 6307.90.98 7% for textile binders 3926.90.99 3926.90.98 5.3% for vinyl binders, PU binders, and PVC binders | 4820.30.00 Free of duty | Agreed statement of facts | Los Angeles New York Binders |
| C10/56 8/11/10 Barzilay, J. | Global Sourcing | 09-00452 | 6307.90.98 7% for textile binders 3926.90.99 3926.90.98 5.3% for vinyl binders, PU binders, and PVC binders | 4820.30.00 Free of duty | Agreed statement of facts | Los Angeles New York Binders |

ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/57 8/11/10 Barzilay, J. | Global Sourcing | 06-00255 | 6307.90.98 7% for textile binders 3926.90.99 3926.90.98 5.3% for vinyl binders, PU binders, and PVC binders | 4820.30.00 Free of duty | Agreed statement of facts | New York Binders |
| C10/58 8/11/10 Barzilay, J. | Global Sourcing | 08-00098 | 6307.90.98 7% for textile binders 3926.90.99 3926.90.98 5.3% for vinyl binders, PU binders, and PVC binders | 4820.30.00 Free of duty | Agreed statement of facts | New York Binders |
| C10/59 8/12/10 Aquilino, S.J. | BASF Corp. | 05-00520 | 2309.90.28 80.4¢ per kilogram & 6.4% | 2309.90.95 1.4% | Agreed statement of facts | Norfolk Lutavit ® |
| C10/60 8/12/10 Aquilino, S.J. | BASF Corp. | 05-00383 | 2309.90.28 80.4¢ per kilogram & 6.4% | 2309.90.95 1.4% | Agreed statement of facts | Norfolk Lutavit ® |
| C10/61 8/12/10 Aquilino, S.J. | BASF Corp. | 06-00159 | 2309.90.28 80.4¢ per kilogram & 6.4% | 2309.90.95 1.4% | Agreed statement of facts | Norfolk Lutavit ® |
| C10/62 8/12/10 Aquilino, S.J. | BASF Corp. | 06-00438 | 2309.90.28 80.4¢ per kilogram & 6.4% | 2309.90.95 1.4% | Agreed statement of facts | Norfolk Lutavit ® |

| | | | | | | |
|---|---|---|---|---|---|---|
| C10/63 8/12/10 Aquilino, S.J. | BASF Corp. | 07-00253 | 2309.90.28 80.4¢ per kilogram & 6.4% | 2309.90.95 1.4% | Agreed statement of facts | Norfolk Lutavit ® |
| C10/64 8/12/10 Aquilino, S.J. | BASF Corp. | 08-00170 | 2309.90.28 80.4¢ per kilogram & 6.4% | 2309.90.95 1.4% | Agreed statement of facts | Norfolk Lutavit ® |
| C10/65 8/12/10 Aquilino, S.J. | BASF Corp. | 08-00349 | 2309.90.28 7.5% or 80.4¢ per kilogram & 6.4% | 2309.90.95 1.4% | Agreed statement of facts | Norfolk Lutavit ® |
| C10/66 8/18/10 Musgrave, S.J. | Dal-Tile Corp. | 97-00046 | 532.24 19.6% | A523.94 Free of duty | Agreed statement of facts | Laredo Wall tile and trim |
| C10/67 8/28/10 Barzilay, J. | Enesco Group, Inc. | 04-00353 | 6911.10.45 14.7% 6912.00.41 3.9% 6912.00.44 10% 6912.00.45 4.5% 6912.00.48 9.8% | 9505.10.50 Free of duty 9505.10.50 Free of duty | Agreed statement of facts | Chicago Candle holders, cookie jars, candy dishes, etc. |
| C10/68 9/20/10 Pogue, J. | Chromalloy Southwest | 01-00999 | C8411.99.9090 Subject to Merchandise Processing Fee of 0.21% after being repaired in Mexico and returned to U.S. | 9802.00.50 Free of duty and excepted from the application of the Merchandise Processing Fee | Agreed statement of facts | San Diego Civil aircraft engine parts — turbine blades and vanes, etc. |

ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/69 9/20/10 Wallach, J. | Singulus Tech., Inc. | 09-00193 | 8479.89.98 Various rates | 8479.89.84 Free of duty for CD/CVD replication machines and parts or components imported without molding machines on the same entry 8477.10.40 Free of duty for subject replicating system, including replicating machines, molding machine, and mold | Agreed statement of facts | Boston Charleston, SC New Orleans CD/DVD replicating machine, etc. |
| C10/70 9/20/10 Wallach, J. | Singulus Tech., Inc. | 09-00194 | 8479.89.98 Various rates | 8479.89.84 Free of duty for CD/CVD replication machines and parts or components imported without molding machines on the same entry | Agreed statement of facts | Boston Charleston, SC New Orleans CD/DVD replicating machine, etc. |

| | | | | | | |
|---|---|---|---|---|---|---|
| C10/71 9/20/10 Pogue, J. | Singulus Tech., Inc. | 09-00220 | 8543.70.96 Various rates | 8479.89.83 Free of duty for CD/CVD replication machines imported without a molding machine on the same entry | Agreed statement of facts | Los Angeles CD/DVD replicating machine, etc. |
| C10/72 10/7/10 Ridgway, J. | The Little Tikes Company | 09-00406 | 9506.99.60 4% | 9503.00.00 Free of duty | Agreed statement of facts | Los Angeles Inflatable toys |
| C10/73 10/20/10 Ridgway, J. | Photonetics, Inc. | 03-00835 | A subheading of 9013 Not stated | 9027.50.40 Free of duty | Agreed statement of facts | Not stated Tunable lasers |
| C10/74 10/20/10 Ridgway, J. | Photonetics, Inc. | 02-00754 | A subheading of 9013 Not stated | 9027.50.40 Free of duty | Agreed statement of facts | Not stated Tunable lasers |
| C10/75 10/20/10 Ridgway, J. | Photonetics, Inc. | 02-00526 | A subheading of 9013 Not stated | 9027.50.40 Free of duty | Agreed statement of facts | Not stated Tunable lasers |
| C10/76 11/2/10 Wallach, J. | Miles Automotive Group | 09-00031 | 8704.90.00 25% | 8709.11.00 Free of duty | Agreed statement of facts | Los Angeles Electrical works trucks |
| C10/77 11/9/10 Wallach, J. | Cargill Nutri-Products, Inc. | 08-00059 | 3824.90.28 6.5% | 3825.90.00 Free of duty | *Archer Daniels Midland Co. v. United States*, 561 F.3d 1308 (Fed. Circ. 2009) | Chicago New York/Newark Deodorizer distillate |
| C10/78 11/9/10 Wallach, J. | Cargill Nutri-Products, Inc. | 08-00260 | 3824.90.28 6.5% | 3825.90.00 Free of duty | *Archer Daniels Midland Co. v. United States*, 561 F.3d 1308 (Fed. Circ. 2009) | Chicago Houston Los Angeles Deodorizer distillate |

## ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/79 11/9/10 Wallach, J. | Cargill Nutri-Products, Inc. | 05-00527 | 3824.90.28 at a duty rate of 0.4¢ /kg + 7.2% ad valorem in 2003 6.5% in 2004 | 3825.90.00 Free of duty | Archer Daniels Midland Co. v. United States, 561 F.3d 1308 (Fed. Circ. 2009) | Chicago Deodorizer distillate |
| C10/80 11/9/10 Wallach, J. | Cargill Nutri-Products, Inc. | 07-00023 | 3824.90.28 6.5% | 3825.90.00 Free of duty | Archer Daniels Midland Co. v. United States, 561 F.3d 1308 (Fed. Circ. 2009) | Chicago New York/Newark Deodorizer distillate |
| C10/81 11/15/10 Wallach, J. | Archer Daniels Midland Co. | 10-00073 | 3824.90.28 6.5% | 3825.90.00 Free of duty | Archer Daniels Midland Co. v. United States, 561 F.3d 1308 (Fed. Circ. 2009) | Norfolk Soy deodorizer distillate |
| C10/82 11/17/10 Carman, J. | Pacific Northwest Equipment, Inc. | 08-00097 | 7326.90.85 2.9% | 8609.00.00 Free of duty | Pacific Northwest Equipment, Inc. v. United States, Slip Op. 10-67, Court No. 07-00184 (CIT June 15, 2010) | Blaine, WA Platform containers |
| C10/83 11/22/10 Wallach, J. | Ferraro Foods | 00-00540 | 2002.10.00 13.2% | 2103.90.90 6.8% | Orlando Food Corp. v. United States, 140 F.3d 1437 (Fed. Circ. 1998) | New York Canned tomato sauce preparation |
| C10/84 11/29/10 Wallach, J. | Norwegian Wood, Inc. | 98-01002 | 4411.19.40 6% | 4418.90.40 3.2% | Agreed statement of facts | Not stated Laminated flooring panels |
| C10/85 11/29/10 Wallach, J. | Norwegian Wood, Inc. | 98-03085 | 4411.19.40 6% | 4418.90.40 3.2% | Agreed statement of facts | Not stated Laminated flooring panels |

| | | | | | | |
|---|---|---|---|---|---|---|
| C10/86 11/29/10 Wallach, J. | Norwegian Wood, Inc. | 99-00230 | 4411.19.40 6% | 4418.90.40 3.2% | Agreed statement of facts | Not stated Laminated flooring panels |
| C10/87 11/29/10 Wallach, J. | Norwegian Wood, Inc. | 99-00642 | 4411.19.40 6% | 4418.90.40 3.2% | Agreed statement of facts | Not stated Laminated flooring panels |
| C10/88 11/29/10 Wallach, J. | Norwegian Wood, Inc. | 01-00734 | 4411.19.40 6% | 4418.90.40 3.2% | Agreed statement of facts | Not stated Laminated flooring panels |
| C10/89 12/2/10 Restani, J. | Trade Associates Group, Ltd. | 06-00223 | 6302.91.0045 9.2% | 9505.10.50 at an amount equal to half of the value of the merchandise | Agreed statement of facts | Chicago Decorative dish towels, etc. |
| C10/90 12/2/10 Barzilay, J. | Trade Associates Group, Ltd. | 99-00036 | 5702.20.10 .15/m2 6302.91.0045 10.10% 6302.51.20 5.30% | 9505.10.50 Free of duty | Agreed statement of facts | Chicago Mats, dish towels, kitchen towels, and napkins |
| C10/91 12/2/10 Barzilay, J. | Trade Associates Group, Ltd. | 01-00760 | 6302.91.0045 9.7% 9.8% 6302.51.20 5.10% | 9505.10.50 9505.90.60 Free of duty | Agreed statement of facts | Chicago Towels, dish towels, and tablecloths |
| C10/92 12/2/10 Barzilay, J. | Trade Associates Group, Ltd. | 03-00182 | 6302.91.0050 6302.91.0045 6302.91.0035 9.6% 5702.20.10 .064/m2 5702.20.10 6.4% 6302.51.20 5% | 9505.10.50 9595.90.60 Free of duty (Items marked with an asterisk at an amount equal to half of the value of the merchandise) | Agreed statement of facts | Chicago Mats, dish towels, kitchen towels, towels, and napkins |

ABSTRACTED CLASSIFICATION DECISIONS—continued

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | ASSESSED | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| C10/93 12/2/10 Barzilay, J. | Trade Associates Group, Ltd. | 03-00876 | 6302.91.0050 6302.91.0045 9.6% 6302.51.40 9.5% 6302.51.20 5% 4.9% 5702.20.10 .064/m2 | 9505.10.50 9595.90.60 Free of duty (Items marked with an asterisk at an amount equal to half of the value of the merchandise) | Agreed statement of facts | Chicago Mats, dish towels, kitchen towels, towels, napkins, table covers, and tablecloths |
| C10/94 12/2/10 Barzilay, J. | Trade Associates Group, Ltd. | 04-00429 | 6302.91.0050 9.5% 6302.91.0045 9.58% 9.5% 6302.51.20 4.9% 5702.20.10 .043/m2 | 9505.10.50 9595.90.60 Free of duty (Items marked with an asterisk at an amount equal to half of the value of the merchandise) | Agreed statement of facts | Chicago Mats, dish towels, guest towels, kitchen towels, towels, napkins, and tablecloths |

| C10/95 12/2/10 Barzilay, J. | Trade Associates Group, Ltd. | 06-00082 | 6304.92.00 6.3% 6302.91.0050 6302.91.0045 9.2% 6302.59.0020 8.8% 6302.51.40 6.3% 6302.51.20 4.8% 5702.99.10 6.8% | 9505.10.50 9595.90.60 Free of duty (Items marked with an asterisk at an amount equal to half of the value of the merchandise) | Agreed statement of facts | Chicago Mats, dish towels, guest towels, towels, placemats, runners, napkins, pot holders, and tablecloths |
|---|---|---|---|---|---|---|
| C10/96 12/7/10 Restani, J. | Congoleum Corp. | 01-00424 | 4411.19.40 6% | 4418.90.40 3.2% | Agreed statement of facts | New York Fiberboard flooring |
| C10/97 12/9/10 Wallach, J. | Singulus Technology, Inc. | 09-00195 | 8479.89.98 Not stated | 8479.89.84 Free of duty | Agreed statement of facts | Not stated CD/DVD replicating machines |
| C10/98 12/9/10 Wallach, J. | Singulus Technology, Inc. | 09-00196 | 8479.89.98 Not stated | 8479.89.84 Free of duty | Agreed statement of facts | Not stated CD/DVD replicating machines |
| C10/99 12/29/10 Restani, J. | Michael Simon Design, Inc. | 06-00351 | 4201.00.30 Not stated | 9505.10.50 Not stated | Agreed statement of facts | New York Apparel with holiday designs or themes |

# ABSTRACTED VALUATION DECISIONS

## ABSTRACTED VALUATION DECISIONS

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | VALUATION | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| V10/1 6/1/10 Gordon, J. | Target Stores | 04-00473 | Transaction value | On the basis of the price paid for the merchandise by OPIL to Reliable Source | Agreed statement of facts | Los Angeles / Women's swimwear and women's swim wraps |
| V10/2 6/1/10 Gordon, J. | Target Stores | 04-00474 | Transaction value | On the basis of the price paid for the merchandise by OPIL to Su Gang | Agreed statement of facts | Los Angeles / Women's trousers/pants |
| V10/3 6/1/10 Gordon, J. | Target Stores | 04-00475 | Transaction value | On the basis of the price paid for the merchandise by OPIL to Suzhou | Agreed statement of facts | Los Angeles / Women's swim shirts |
| V10/4 6/1/10 Gordon, J. | Target Stores | 04-00476 | Transaction value | On the basis of the price paid for the merchandise by OPIL to Sam-Han | Agreed statement of facts | Los Angeles / Women's sweaters and shirts/sweaters |
| V10/5 6/1/10 Gordon, J. | Target Stores | 05-00368 | Transaction value | On the basis of the price paid for the merchandise by OPIL to King Hamm | Agreed statement of facts | Los Angeles Airport / Women's swimwear |
| V10/6 6/1/10 Gordon, J. | Target Stores | 05-00406 | Transaction value | On the basis of the price paid for the merchandise by OPIL to King Hamm | Agreed statement of facts | Los Angeles / Women's swimwear |
| V10/7 10/5/10 Restani, C.J. | Continental Teves, Inc. | 04-00264 | Transaction value | With an assist adder of 1.65% of invoice value | Agreed statement of facts | Atlanta, Cincinnati / Component parts for automotive systems |
| V10/8 10/8/10 Ridgway, J. | Target Stores | 08-00199 | Transaction value | Not stated | Agreed statement of facts | Norfolk, Seattle, Los Angeles / Footwear |

## ABSTRACTED VALUATION DECISIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| V10/9 10/19/10 Restani, C.J. | Continental Teves, Inc. | 04-00405 | Transaction value | With an assist adder of 1.58% of invoice value | Agreed statement of facts | Greenville-Spartanburg Norfolk Charlotte Component parts for automotive systems |
| V10/10 10/20/10 Ridgway, J. | Giant Bicycle, Inc. | 09-00273 | Transaction value | Not stated | Agreed statement of facts | Not stated Bicycle parts |
| V10/11 11/16/10 Restani, J. | Continental Teves, Inc. | 04-00620 | Transaction value | For the entries made in 2002, with an assist adder of 1.65% of invoice value For the entries made in 2003, with an assist adder of 1.58% of invoice value | Agreed statement of facts | Baltimore Cincinnati Component parts for automotive systems |
| V10/12 11/22/10 Wallach, J. | Peerless Clothing Int'l | 06-00439 | Transaction value | Without the addition to the invoice value that represents the costs of general expenses | Peerless Clothing Int'l, Inc. v. United States, 602 F.Supp.2d 1309, reh'g denied, recons. denied, 637 F.Supp.2d 1253 (Ct.Intl.Trade 2009), later proceeding at 683 F.Supp.2d 1348 (Ct.Intl.Trade 2010) | St. Albans, VT Wearing apparel |
| V10/13 11/22/10 Wallach, J. | Peerless Clothing Int'l | 04-00520 | Transaction value | Without the addition to the invoice value that represents the costs of general expenses | Peerless Clothing Int'l, Inc. v. United States, 602 F.Supp.2d 1309, reh'g denied, recons. denied, 637 F.Supp.2d 1253 (Ct.Intl.Trade 2009), later proceeding at 683 F.Supp.2d 1348 (Ct.Intl.Trade 2010) | St. Albans, VT Wearing apparel |

## ABSTRACTED VALUATION DECISIONS

### ABSTRACTED VALUATION DECISIONS

| DECISION NO./DATE JUDGE | PLAINTIFF | COURT NO. | VALUATION | HELD | BASIS | PORT OF ENTRY & MERCHANDISE |
|---|---|---|---|---|---|---|
| V10/14 12/22/10 Restani, J. | Continental Teves, Inc. | 05-00526 | Transaction value | For the entries made in 2003, with an assist adder of 1.58% of invoice value For the entries made in 2004, with an assist adder of 2.60% of invoice value | Agreed statement of facts | Baltimore Norfolk Columbus, OH Component parts for automotive systems |
| V10/15 12/28/10 Restani, J. | Continental Teves, Inc. | 09-00221 | Transaction value | With an assist adder of 1.58% of invoice value | Agreed statement of facts | Atlanta Component parts for automotive systems |
| V10/16 12/29/10 Restani, J. | Continental Teves, Inc. | 05-00069 | Transaction value | With an assist adder of 1.58% of invoice value | Agreed statement of facts | Baltimore Norfolk Component parts for automotive systems |